**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACQUE WHAUMBUSH, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al., | : | NO. 09-06066 |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *12th* day of *April*, 2011, upon consideration of the Motion of Plaintiffs

Jacque Whaumbush and Detention Management Services ("DMS") for Leave to File a Second

Amended Complaint (Docket No. 25) and the Response in Opposition by Defendants the City of

Philadelphia, John Green, Leon King, and Louis Giorla (Docket No. 26), it is hereby

**ORDERED** that Plaintiffs' Motion (Docket No. 25) is **DENIED**.


It is so **ORDERED**.


BY THE COURT:


*/s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.